**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:08-CR-221 CAS |
| v. ) | |
| ) | |
| ) | |
| NEFTALI LOPEZ, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge Frederick R. Buckles. On May 13, 2008, Judge Buckles filed a Memorandum, Order, Report and Recommendation of United States Magistrate Judge which denied defendant's Motion for a Bill of Particulars Pursuant to Federal Rules of Criminal Procedure Rule 7(f), and recommended that defendant's Motion to Suppress Statements be denied as moot.

No objections have been filed to the Magistrate Judge's Memorandum, Order, Report and Recommendation, and the time to do so has passed. The Court is in full agreement with the stated rationale of the Magistrate Judge's recommendations, and will adopt the same.

Accordingly, after careful review,

**IT IS HEREBY ORDERED** that the Memorandum, Order, Report and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 116]

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Statements is **DENIED** as moot. [Doc. 94]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  27th  day of May, 2008.